

# Pulaski County
Office of the Sheriff
Eric S. Higgins, Sheriff
2900 S. Woodrow Street, Little Rock, AR 72204
Tel: (501) 340-6600

## MARTINEZ, TIMOTHY (#16159-18)
(Aliases: MARTINEZ, TIMOTHY S / , MARTINEZ,TIM / , MARTINEZ,TIM / , MARTINEZ,TIM)

| | | | | |
|---|---|---|---|---|
| **SO#** | 202256 | **Deceased** No | **Marital Status** | Single |
| **Sex** | Male | **Complexion** | **Citizenship** | UNITED STATES |
| **DOB** | | **Race** White | | |
| **Age** | 49 | **Ethnicity** Unknown | **Country of Birth** | |
| **Height** | 5' 7" | **Last Grade** 12th | **State of Birth** | |
| **Weight** | 240 lbs | **Religion** | **Place of Birth** | CA |
| **Build** | | | | |
| **Eye Color** | Blue | | | |
| **Hair Color** | | | | |

**Distinctive Markings**
None

**Current Address** , NORTH LITTLE ROCK, AR 72118
**Emergency Contact**
**Employer**
**Organization Affiliations**
**Occupation**

**OLN** AR     **SO#** 202256     **SSN**

**Inmate Comments**
Next of kin: COOKIE

Relationship of kin: SISTER

Phone of kin: 707

| | | | |
|---|---|---|---|
| **Initial Cell** | Intake-153 | **Current Cell** | None |
| **Booked By** | Smith, Shamequika | **Held For** | Pulaski County Sheriff's Office |
| **Booking Date** | 09/20/18 03:19 | | |
| **Arrest Location** | | **Arresting Agency** | PCSO |
| **Court** | PCDC | **Arresting Officer** | |
| **Billed To** | Pulaski County Sheriff's Office | **Court Case #** | |
| | | **Required Cell Checks** | |
| **Gets Work Release** | No | **Bank Category** | |
| **Allows Check Out** | No | **Indigent** | No |

**Hold Reasons**

**Charge**
Converted Statute - DOMESTIC BATTERING 2ND DEGREE: 5-26-304
Offense Date 09/20/18 00:00
Arrest Date 09/20/18 03:23
Court PCDC
Arresting Agency: PCSO/JUDICIAL

**Warrant Charge**

EXHIBIT A