IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY MARTINEZ                                                                                PLAINTIFF

v.                                         No. 4:20-cv-01148-BSM

CHARLES "DOC" HOLLADAY, individually and
in his official capacity as former Sheriff of
Pulaski County, Arkansas; ERIC HIGGINS,
in his official capacity as Sheriff of Pulaski County,
Arkansas; DEPUTY MURPHY, individually and
In his official capacity as a deputy with the Pulaski
County Sheriff's Office; TURN KEY HEALTH
 CLINICS, LLC; CORIZON HEALTH, INC.; and
JANE and JOHN DOES 1-50                                                                   DEFENDANTS

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now, Timothy Martinez, by and through his attorney, Eugene Clifford, for her Motion for Voluntary Dismissal without prejudice, states the following:

1. Plaintiff desires to take a voluntary dismissal without prejudice.

WHEREFORE, the Plaintiff prays this Court for good cause shown will grant the voluntary dismissal without prejudice and for any such relief the Court sees as just and equitable.

Respectfully submitted,

Eugene Clifford
Ark. Bar
No.2012100
1014 W. 3rd St.
Little Rock, Arkansas 72201
(501) 404-0515 / fax (888) 501-4077
Email:
Epclifford@zenithlaw.net

2

## CERTIFICATE OF SERVICE

I, Eugene Clifford, certify that a copy was sent through electronic filing to all parties necessary.

                                                                                 Eugene Clifford