**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TIMOTHY MARTINEZ**                                                              **PLAINTIFF**

**v.**                               **CASE NO. 4:20-CV-01148-BSM**

**CHARLES HOLLADAY, et al.**                                          **DEFENDANTS**

## ORDER

Plaintiff Timothy Martinez's motion for voluntary dismissal [Doc. No. 40] is granted and his case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE