IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY MARTINEZ                                                                PLAINTIFF

v.                          CASE NO. 4:20-CV-01148-BSM

CHARLES HOLLADAY, et al.                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE